# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERIO AMEZQUITA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 5:18-CV-01109-JVS-SP<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF SILVERIO AMEZQUITA'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE**<br><br>Judge: Hon. James V. Selna<br>Courtroom: 10C (411 W. Fourth St., 10th Flr., Santa Ana)<br>Complaint filed: April 13, 2018<br>Trial date: None set |

| | |
|---|---|
| 1 | On the stipulation of the parties, and good cause appearing therefor, |
| 2 | IT IS ORDERED that plaintiff Silverio Amezquita's individual claims be and hereby are DISMISSED WITH PREJUDICE and the class claims asserted in the action be and hereby are DISMISSED WITHOUT PREJUDICE, each side to bear its own attorneys' fees and costs. |

Dated: June 21, 2021

_____
James V. Selna
United States District Judge